IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RHA1 LLC and HAVENBROOK HOMES,

    Plaintiffs

v.

JANNETTA THOMPSON and All Other Occupants,

    Defendants

CIVIL ACTION FILE NO.
1:18-CV-3278-ODE-CMS

## ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Catherine M. Salinas filed July 11, 2018 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Salinas recommends that this case be remanded to the Magistrate Court of Henry County. Remand is warranted because this Court lacks subject matter jurisdiction over the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Henry County, Georgia.

SO ORDERED, this 23 day of August, 2018.

                                                  _____
                                                  ORINDA D. EVANS
                                                  UNITED STATES DISTRICT JUDGE